JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RAHIM AZIZARAB, | ) | No. CV 11-06986-TJH (VBK) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| WESLEY LEE, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed as Moot.

DATED: January 20, 2012

TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE